Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ERIC DMUCHOWSKY )
) Case No: 4:19-cv-01911-HSG
Plaintiff(s), )
)  **APPLICATION FOR**
v. )  **ADMISSION OF ATTORNEY**
)  **PRO HAC VICE**
SKY CHEFS, INC. GROUP LIFE & MEDICAL EXPENSE )  (CIVIL LOCAL RULE 11-3)
BENEFITS PLAN; SKY CHEFS, INC.; AND CIGNA HEALTH )
INUSRANCE COMPANY, et al., )
Defendant(s). )

I, TIFFANY D. DOWNS, an active member in good standing of the bar of STATE OF GEORGIA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: SKY CHEFS, INC. GROUP LIFE & MEDICAL EXPENSE PLAN AND SKY CHEFS, INC. in the above-entitled action. My local co-counsel in this case is SHANDA Y. LOWE, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Ford & Harrison LLP | Ford & Harrison LLP |
| 271 17th Street NW, Suite 1900 | 350 South Grand Avenue, Suite 2300 |
| Atlanta, GA 30363 | Los Angeles, California 90071 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (404) 888-3800 | (213) 237-2400 |
| My email address of record: | Local co-counsel's email address of record: |
| tdowns@fordharrison.com | slowe@fordharrison.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 228467.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/05/19

TIFFANY D. DOWNS
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of TIFFANY D. DOWNS is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/11/2019

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**  }
} ss.
**NORTHERN DISTRICT OF GEORGIA**  }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **TIFFANY D. DOWNS, State Bar No. 228467,** was duly admitted to practice in said Court on 09/05/2000 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 5th day of July, 2019.

JAMES N. HATTEN
CLERK OF COURT

By: *[signature]*
Natalie Bowen
Deputy Clerk