# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT

| | |
|---|---|
| ERIC DMUCHOWSKY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SKY CHEFS, INC. GROUP LIFE & MEDICAL EXPENSE BENEFITS PLAN; SKY CHEFS, INC.; AND CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al.,<br><br>　　　　Defendants | Case No. 4:19-cv-01911- HSG<br><br>**DEFENDANTS SKY CHEFS, INC. GROUP LIFE & MEDICAL EXPENSE PLAN and SKY CHEFS, INC. MOTION TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE** |

## **ORDER**

Having considered the request by counsel for Sky Chefs Defendants for permission to attend the August 6, 2019 Case Management Conference by telephone, and for good cause appearing, the Court **ORDERS** as follows:

Counsel for Defendants may appear telephonically at the Case Management Conference set for August 6, 2019 at 2:00 p.m. Tiffany Downs shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

DATED: 7/30/2019　　　　　　　　　_/s/ Haywood S. Gilliam, Jr._
　　　　　　　　　　　　　　　　　HONORABLE HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

FORD & HARRISON LLP
ATTORNEYS AT LAW
ATLANTA, GA