Glenn R. Kantor – SBN 122643
 E-mail: gkantor@kantorlaw.net
Brent Dorian Brehm – SBN 248983
 E-mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
ERIC DMUCHOWSKY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DMUCHOWSKY,<br><br>Plaintiff,<br>v.<br><br>SKY CHEFS, INC. GROUP LIFE & MEDICAL EXPENSE BENEFITS PLAN; SKY CHEFS, INC.; AND CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 4:19-cv-01911-HSG<br><br>**PLAINTIFF'S MOTION AND REQUEST TO APPEAR TELEPHONICALLY AT THE AUGUST 6, 2019 CASE MANAGEMENT CONFERENCE**<br><br>Date: August 6, 2019<br>Time: 2:00 p.m. |

**IT IS HEREBY REQUESTED** that Brent Dorian Brehm, counsel for Plaintiff Eric Dmuchowsky, be permitted to attend by telephone, the Case Management Conference set for August 6, 2019 at 2:00 p.m. in the chambers of the Honorable Haywood S. Gilliam, Jr., located at Courtroom 2, 4th Floor, Oakland Courthouse, 1301 Clay Street, Oakland, CA 94612.

Good cause exists for this request because Brent Dorian Brehm works in Northridge, California. Brent Dorian Brehm's office is located 355 miles from the Oakland Courthouse. Permitting counsel for Plaintiff to participate in the Case Management Conference by telephone will reduce the fees and costs associated with the appearance and will promote efficiency and economy.

For these reasons, Brent Dorian Brehm respectfully requests that the Court grant this request to attend the Case Management Conference by telephone.

Should the Court grant this request, Brent Dorian Brehm can be contacted on August 6, 2019 at (818) 350-6258 and will remain on standby or, in the alternative; Brent Dorian Brehm can contact the Court at a preferred number.

DATED: July 29, 2019                           KANTOR & KANTOR, LLP

By:   */s/ Brent Dorian Brehm*
      Brent Dorian Brehm
      Attorneys for Plaintiff,
      ERIC DMUCHOWSKY

## ORDER

Having considered the request by counsel for Plaintiff Eric Dmuchowsky for permission to attend the August 6, 2019 Case Management Conference by telephone, and for good cause appearing, the Court **ORDERS** as follows:

Counsel for Plaintiff may appear telephonically at the Case Management Conference set for August 6, 2019 at 2:00 p.m. Brent Dorian Brehm shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

DATED: 7/30/2019

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE