# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DMUCHOWSKY,<br><br>Plaintiff,<br><br>v.<br><br>SKY CHEFS, INC. GROUP LIVE & MEDICAL EXPENSE BENEFITS PLAN; SKY CHEFS, INC.; AND CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No. 4:19-cv-01911-HSG<br>Hon. Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>**ORDER RE DEFENDANT CIGNA HEALTH & LIFE INSURANCE COMPANY'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Complaint filed: October 4, 2018 |

## ORDER

Having considered the request by counsel for Defendant Cigna Health & Life Insurance Company for permission to attend the August 6, 2019 Case Management Conference by telephone, and for good cause appearing, the Court **ORDERS** as follows:

Counsel for defendant Cigna Health & Life Insurance Company may appear telephonically at the Case Management Conference set for August 6, 2019 at 2:00 p.m. Scott M. Klausner, attorney for defendant Cigna Health & Life Insurance Company shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

1

**IT IS SO ORDERED.**

DATED: 7/30/2019

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE