Shanda Y. Lowe, Bar No. 278602
slowe@fordharrison.com
Tiffany D. Downs, *pro hac vice*
tdowns@fordharrison.com
**FORD & HARRISON, LLP**
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: 213-237-2400
Facsimile: 213-237-2401
Attorneys for Defendant
SKY CHEFS, INC. GROUP LIFE &
MEDICAL EXPENSE BENEFITS PLAN;
SKY CHEFS, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DMUCHOWSKY,<br><br>Plaintiff,<br>v.<br><br>SKY CHEFS, INC. GROUP LIFE & MEDICAL EXPENSE BENEFITS PLAN; SKY CHEFS, INC.; AND CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 4:19-cv-01911-HSG<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE SELECTION OF ADR PROCESS; ORDER THEREON** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The parties in the above-titled action hereby stipulate and respectfully request that the deadline to file a stipulation and proposed order selecting an ADR process, as stated in the Court's Docket entry number 32, be extended from September 3, 2019 to September 13, 2019. This request is made pursuant to Civil Local Rules, Rule 6.

Good cause exists for the granting of the extension because, although the parties have discussed possible ADR options, they have been unable to reach a decision due to the unavailability of some of the parties key decision makers. For

this reason, the parties stipulate and respectfully request that this Court extend the deadline to file a stipulation and proposed order selecting an ADR process to September 13, 2019.

Defendants Sky Chefs, Inc. Group Life & Medical Expense Benefits Plan and Sky Chefs, Inc. wish to advise the Court that this Request was erroneously filed in a related matter on September 3, 2019. See Case No. 4:18-cv-01559-HSG, Docket No. 90. Upon realizing the error, Defendants Sky Chefs, Inc. Group Life & Medical Expense Benefits Plan and Sky Chefs, Inc., following the advice of the Court Clerk, filed a Notice of Errata in Case No. 4:18-cv-01559-HSG advising the Court of the error, and refiled the instant Request in the correct matter on September 4, 2019. The Court granted the stipulation in Case No. 4:18-cv-01559-HSG.

IT IS SO STIPULATED.


DATED: September 3, 2019          FORD & HARRISON, LLP

By:    */s/Tiffany D. Downs*
Tiffany D. Downs, *pro hac vice*
Attorneys for Defendant
SKY CHEFS, INC. GROUP LIFE & MEDICAL EXPENSE BENEFITS PLAN; SKY CHEFS, INC.

DATED: September 3, 2019          KANTOR & KANTOR, LLP

By:    */s/ Brent Dorian Brehm*
Brent Dorian Brehm
Attorney for Plaintiff
ERIC DMUCHOWSKY

| | | |
|---|---|---|
| 1 | DATED: September 3, 2019 | COLE PEDROZA, LLP |
| 2 | | |
| 3 | | By: */s/ Scott N. Klausner* |
| 4 | | Scott N. Klausner<br>Attorneys for Defendant<br>CIGNA HELATH & LIFE |
| 5 | | INSURANCE COMPANY |

# **SIGNITURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: September 3, 2019     FORD & HARRISON, LLP

By:     /s/Tiffany D. Downs
        Tiffany D. Downs, *pro hac vice*
        Attorneys for Defendant
        SKY CHEFS, INC.

**ORDER EXTENDING TIME TO FILE SELECTION OF ADR PROCESS**

The Parties' deadline to file a stipulation and proposed order selecting an ADR process is hereby extended from September 3, 2019 to September 13, 2019.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: 9/5/2019

JUDGE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT