1  Brent Dorian Brehm – SBN 248983
    E-mail: bbrehm@kantorlaw.net
2  Glenn R. Kantor – SBN 122643
    E-mail: gkantor@kantorlaw.net
3  KANTOR & KANTOR, LLP
   9839 Nordhoff Street
4  Northridge, CA 91324
   Telephone: (818) 886-2525
5  Facsimile:  (818) 350-6272

6  Attorneys for Plaintiff,
   ERIC DMUCHOWSKY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DMUCHOWSKY,<br><br>             Plaintiff,<br>      v.<br><br>SKY CHEFS, INC. GROUP LIFE & MEDICAL EXPENSE BENEFITS PLAN; SKY CHEFS, INC.; AND CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>             Defendant. | Case No. 4:19-cv-01911-HSG<br>Hon. Haywood S. Gilliam, Jr.<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii); [PROPOSED] ORDER**<br><br>Complaint filed: October 4, 2018 |

Plaintiff, Eric Dmuchowsky ("Plaintiff") and the Defendants Sky Chefs, Inc. Group Life & Medical Expense Benefits Plan, Sky Chefs, Inc. and CIGNA Health and Life Insurance Company (collectively referred to as the "Defendants"), have entered into a Settlement Agreement, and therefore jointly stipulate to the dismissal of this lawsuit with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

The parties filed a stipulation to similar effect on June 30, 2020. While the case has since been closed, to the parties' knowledge, no formal order of dismissal has been entered.

WHEREFORE, the Plaintiff and Defendants respectfully request this Honorable Court dismiss this matter with prejudice with each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

DATED:  July 30, 2020               KANTOR & KANTOR, LLP

                                    By:     */s/ Brent Dorian Brehm*
                                            Brent Dorian Brehm
                                            Attorneys for Plaintiff,
                                            ERIC DMUCHOWSKY

DATED:  July 30, 2020               FORD HARRISON

                                    By:     */s/ Tiffany D. Downs*
                                            Tiffany D. Downs
                                            Attorneys for Defendants,
                                            SKY CHEFS, INC. & SKY CHEF'S INC.
                                            GROUP LIFE & MEDICAL EXPENSE
                                            BENEFITS PLAN

DATED:  July 30, 2020               COLE PEDROZA LLP

                                    By:     */s/ Scott M. Klausner*
                                            Scott M. Klausner
                                            Attorneys for Defendant,
                                            CIGNA HEALTH & LIFE INSURANCE
                                            COMPANY

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Brent Dorian Brehm hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is dismissed in its entirety with prejudice.

Each party shall bear its own fees and costs.

DATED:      7/31/2020

*Haywood S. Gilliam, Jr.*
Haywood S. Gilliam, Jr.
United States District Court Judge